```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ DOMINIC KARDUM
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 229420
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   │ Email: dominic.kardum@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

|     |                              |                                         |
|-----|------------------------------|-----------------------------------------|
|  8  |     UNITED STATES DISTRICT COURT                                       |
|  9  |     SOUTHERN DISTRICT OF CALIFORNIA                                    |
| 10  | UNITED STATES OF AMERICA,    )  Criminal Case No.   08-CR-2237-H       |
| 11  |          Plaintiff,          )                                         |
|     |                              )  NOTICE OF APPEARANCE                   |
| 12  |               v.             )                                         |
| 13  | RAMON VASQUEZ-PADILLA,        )                                        |
| 14  |          Defendant.          )                                         |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the
18  above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized
22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
24  case.

25      1.   None..

26  //

27  //

28  //

1   Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3   Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4    1.    Sabrina L. Feve..

5   Please feel free to call me if you have any questions about this notice.

6   DATED: July 24, 2008.

                                                   KAREN P. HEWITT
                                                   United States Attorney

                                                   <u>s/Dominic Kardum</u>
                                                   DOMINIC KARDUM
                                                   Assistant U.S. Attorney

Notice of Appearance                                                                   08-CR-2237-H
United States v. Ramon Vasquez-Padilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAMON VASQUEZ-PADILLA, )<br>)<br>Defendant. )<br>_____ ) | Criminal Case No.   08-CR-2237-H<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated July 24, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Kristin Joseph Kraus
   Federal Defenders of San Diego
   225 Broadway, Suite 900
   San Diego, CA 92101-5008
   Kris_Kraus@fd.org.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 24, 2008.

                                        s/Dominic Kardum
                                        DOMINIC KARDUM
                                        Assistant U.S. Attorney

Notice of Appearance                                          08-CR-2237-H
United States v. Ramon Vasquez-Padilla