# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08 CR 2237-H |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Ramon Vasquez Padilla (1) | ) | Booking No. 06398-298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __Aug. 11, 2008__
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ _____ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _____ DUSM

**MARILYN L. HUFF**
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _T. Mason_
Deputy Clerk

T. MASON

Crim-9  (Rev 6-95)    *U.S. GPO: 1996-783-398/40151

CLERKS' COPY